In the Matter of the Claim of JOHN DOLAN, Respondent, against GEORGE H. FLINN CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted March 3, 1954; decided April 8, 1954.

*Bernard Katzen* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Wendell P. Brown* and *Harry Pastor* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.